IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHESTER WILDER**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-207-L** |
| | § | |
| **RAY MABUS, Secretary of the Department of the Navy,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 18, 2016, recommending that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect service on Defendant. No objections were filed to the Report.

Having reviewed the pleadings, file, record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff Chester Wilder's failure to effect service on Defendant.

**It is so ordered** this 26th day of October, 2016.

Sam A. Lindsay
United States District Judge

**Order –Solo Page**